## UNITED STATES DISTRICT COURT
## SOUTHERN DISRICT OF WEST VIRGINIA
## AT CHARLESTON

**OHIO VALLEY ENVIRONMENTAL COALITION, et al.,**

        **Plaintiffs,**

**v.**                                                            **Civil Action No. 2:15-11150**

**MINGO LOGAN COAL COMPANY**

        **Defendant.**

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal of this action with prejudice. Each party agrees to bear their own costs and fees related to this action.

                                              Respectfully submitted,

                                              /s/ J. Michael Becher
                                              J. Michael Becher (W.Va. Bar 10588)
                                              Appalachian Mountain Advocates
                                              P.O. Box 507
                                              Lewisburg, WV 24901
                                              304-382-4798
                                              mbecher@appalmad.org

                                              *Counsel for Plaintiffs*


                                              /s/ Robert McLusky
                                              Robert McLusky (W.Va. Bar 2489)
                                              Jackson Kelly, PLLC
                                              P.O. Box 553
                                              Charleston, WV 25322
                                              304-340-1000
                                              rmclusky@jacksonkelly.com

                                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, J. Michael Becher, hereby certify that on January 4, 2021, I served the foregoing Stipulation for Dismissal through the Court's CM/ECF system, which will provide notification to the following:

Robert McLusky:  rmclusky@jacksonkelly.com

Douglas Crouse: dcrouse@jacksonkelly.com

/s/ J. Michael Becher